```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

<u>In re: Pilatus Bank PLC</u>

<u>Pilatus Bank PLC</u>

  v.

              Case No. 20-mc-94-JD

<u>Lawrence Connell</u>


          <u>JUDGMENT</u>

  In accordance with Order of District Judge Joseph A. DiClerico, Jr. dated May 11, 2021, judgment is hereby entered.

  The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.


            By the Court:

            _____
            Daniel J. Lynch
            Clerk of Court


Date: May 11, 2021

cc: All Counsel of Record